In the Matter of CORA T. WALKER, an Attorney, Respondent. WILLIAM T. POWERS, Appellant.

Argued May 17, 1949; decided June 2, 1949.

*Nathaniel L. Goldstein, Attorney-General* (*Abe Wagman* and *Wendell P. Brown* of counsel), for appellant.

*Ethel Shames, Leandre V. Roberts* and *Andrew D. Weinberger* for respondent.

Order affirmed; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and BROMLEY, JJ.